UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:08-CR-89

v.                                        Hon. Janet T. Neff

ANN MARIE LINSCOTT,

       Defendant.

_____/

**ORDER**

Pending before the court is a Motion for Revocation of Detention Order or in the Alternative, that Defendant be Confined in the Newaygo County Jail (docket no. 33).

Defendant has pled guilty to three charges arising out of her use of the internet in an attempt to hire someone to kill the wife of a boyfriend in California. Following a hearing on January 30, 2008, she was ordered detained based on the finding that there was a serious risk she would endanger the safety of another person in the community.

Defendant has now filed a motion stating that she was originally held in Newaygo County Jail but was subsequently transferred to the Montcalm County Jail, where she alleges she is experiencing difficulties receiving her medication and does not have sufficient visitation opportunities. Defendant requests the court to reconsider its detention order and allow her to be released on bond and reside at home or, in the alternative, to be transferred to Newaygo County Jail pending sentencing.

In light of her pleas of guilty to the charges against her, and after reviewing the motion and the reasons previously set forth in the order detaining her, the court has no inclination to release defendant on bond, and defendant offers no persuasive reason for doing so. As far as her place of confinement is concerned, however, the court has contacted the U.S. Marshal Service, which is responsible for her placement, and the Marshal Service states she is scheduled to be rotated back to Newaygo County jail promptly. Accordingly, since she will be obtaining the alternative relief she seeks in her motion, the motion will be DENIED as moot.

IT IS SO ORDERED.


Dated:  June 19, 2008                             /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge