UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 1:08-CR-89

v.                                          Hon. Janet T. Neff

ANN MARIE LINSCOTT,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

Pending before the court is defendant's motion for reconsideration of the court's June 19, 2008 order denying defendant's request for release on bond or, in the alternative, transfer to a different jail. A more complete history of the proceedings leading to this motion is set forth in the government's response to the motion (docket no. 37).

Defendant is a convicted prisoner who has pled guilty to three counts of attempted murder for hire. The undersigned held the initial proceeding where defendant was detained and has weighed the evidence and arguments offered by both parties on the present motion regarding defendant's wish to be transferred from Montcalm County Jail to Newaygo County Jail (defendant having dropped her request for release on bond). For the reasons more fully stated on the record at the hearing held this date, the court finds defendant is simply being manipulative in seeking to be returned to a jail she where she perceives one of the guards to be a new boyfriend, and from which she may believe escape would be easier. The court finds that the U.S. Marshal, who is charged with the responsibility of housing prisoners appearing before the court, has weighed the various

considerations in maintaining the defendant at the Montcalm County facility, including the need to allot the bed space in the more convenient Newaygo County facility to prisoners appearing more frequently in this court, and finds no reason whatsoever to interfere with the Marshal's determination.

The motion for reconsideration (docket no. 35) is DENIED.

IT IS SO ORDERED.


Dated: July 21, 2008                                  /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge